COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:   01-14-00410-CR, 01-14-00411-CR

Style:     Kathy Jimenez-Black v. The State of Texas

Date motion filed*: September 11, 2014

Type of motion:  Motion for Immediate Mandate

Party filing motion: Appellant

Document to be filed: Mandate

Is appeal accelerated?  No

Ordered that motion is:

 ☐ Granted

   If document is to be filed, document due:

 ☐ Denied

 ☒ Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

 ☐ Other: _____

  **Because appellant's motion for immediate mandate failed to include a certificate of conference or to show good cause for expediting the mandate that was scheduled to issue on September 26, 2014, this Court could not grant the motion immediately. *See* TEX. R. APP. P. 10.3(a)(2), 18.1(c). Accordingly, because the mandate issued on September 26, 2014, appellant's motion is dismissed as moot.**

Judge's signature: /s/ <u>Laura C. Higley</u>
       ☒ Acting individually  ☐ Acting for the Court

Panel consists of _____

Date: October 2, 2014